FILED
U.S. BANKRUPTCY COURT

2011 APR 15 PM 3: 46

KAY WOODS
U.S. BANKRUPTCY JUDGE
NORTHERN DISTRICT OF OHIO
YOUNGSTOWN

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO

IN Re:                          )
                                )
PAUL A. ARTHUR                  )
CHRISTY L. ARTHUR               )
                                )
            Debtors             )      CH 13 Case No. 09-40093
                                )
                                )      **TRANSMITTAL OF UNCLAIMED FUNDS**

TO THE CLERK - U.S. BANKRUPTCY COURT:

1.    Ninety days have passed since Final Distribution was made in this case. A stop

payment has been issued on all checks remaining unpaid.  The name of the persons to

whom such unnegotiated check was issued, the amount of such check and  its last known

address is:

> PAUL A. ARTHUR
> CHRISTY L. ARTHUR
> 354 N. MARKET STREET
> EAST PALESTINE, OH 44413
>
>                     $15.48
>
>     **TOTAL:**        **$15.48**

2.    A check in the amount of $64.05, payable to the Clerk of the United States

Bankruptcy Court is attached to this report and list and includes remittance of the above

funds.

3.    Nothing further remains to be done in this case.

DATED this ____14th____ day of April, 2011.

_____
MICHAEL A. GALLO, TRUSTEE
20 Federal Plaza West
Suite #602
Youngstown, OH 44503
(330) 743-1246

MICHAEL A. GALLO, STANDING CHAPTER 13 TRUSTEE, YOUNGSTOWN, OHIO

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF OHIO

IN Re:            )     KAY WOODS
                             )     U.S. BANKRUPTCY JUDGE

PAUL A. ARTHUR      )
CHRISTY L. ARTHUR    )
                             )

          Debtors      )     CH 13 Case No. 09-40093
                             )
                             )

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing TRANSMITTAL OF UNCLAIMED

FUNDS was sent this ____14th____ day of April, 2011, by electronic transmission to:

Office of the U.S. Trustee
Howard M. Metzenbaum
U.S. Courthouse
201 Superior Ave. E
Suite #441
Cleveland, OH 44114-1240


                          MICHAEL A. GALLO, TRUSTEE
                          20 Federal Plaza West
                          Suite #602
                          Youngstown, OH 44503

                          By: _Jennifer Buchmann_
                          Jennifer Buchmann - Assistant

MICHAEL A. GALLO, STANDING CHAPTER 13 TRUSTEE, YOUNGSTOWN, OHIO

Trustee:67

TR-009A

CREDITOR:523237

Page 1 OF 1

CLERK OF THE U.S. BANKRUPTCY COURT
FEDERAL BUILDING & COURT HOUSE
10 E COMMERCE STREET
YOUNGSTOWN, OH 44503

VOUCHER FOR CHECK: 872851
DATED: 2011/03/25

| NAME OF CREDITOR | CASE | C H | C S | C R T E | DEBTORS' NAME | ACCOUNT NUMBER | AMOUNT IN THE CHECK | | PAID TO DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | PRINCIPAL | INTEREST | INTEREST | PRINC + INT |
| CLERK OF THE U.S. BANKRUPTCY C | 0640370 | 926 | 6 | 69 | HUFFMAN, WILLIAM | UNCLAIMED FUNDS | 5.00 | 0.00 | 5.00 | 0.00 |
| CLERK OF THE U.S. BANKRUPTCY C | 0640907 | 926 | 6 | 14 | PAGAN-HUFFMAN, GLORIA NANCE, JACK R | UNCLAIMED FUNDS | 12.31 | 0.00 | 12.31 | 0.00 |
| CLERK OF THE U.S. BANKRUPTCY C | 0742285 | 926 | 6 | 19 | NANCE, EUTONA L HAKE, CHERYL A. | UNCLAIMED FUNDS | 13.88 | 0.00 | 13.88 | 0.00 |
| CLERK OF THE U.S. BANKRUPTCY C | 0841864 | 926 | 6 | 28 | BRAXTON, SANDRA S. BRAXTON, PHILIP J. | UNCLAIMED FUNDS | 7.37 | 0.00 | 7.37 | 0.00 |
| CLERK OF THE U.S. BANKRUPTCY C | 0842056 | 926 | 6 | 21 | THORPE, CECIL M. THORPE, MYRTLE M. | UNCLAIMED FUNDS | 5.01 | 0.00 | 5.01 | 0.00 |
| CLERK OF THE U.S. BANKRUPTCY C | 0940093 | 926 | 6 | 30 | ARTHUR, PAUL A. ARTHUR, CHRISTY L. | UNCLAIMED FUNDS | 15.48 | 0.00 | 15.48 | 0.00 |
| CLERK OF THE U.S. BANKRUPTCY C | 0942844 | 926 | 6 | 29 | GUERRERO, DENNIS R GUERRERO, PATRICIA R | UNCLAIMED FUNDS | 5.00 | 0.00 | 5.00 | 0.00 |

| | #ITEMS | PRINCIPAL | INTEREST | | |
|---|---|---|---|---|---|
| CURRENT CHECK | 7 | 64.05 | 0.00 | | |